IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENA LANDRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   17-cv-88 JPG/RJD |
| | ) |
| MARION HOSPITAL CORPORATION, | ) |
| *d/b/a* Heartland Regional Medical Center, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Stipulation of Dismissal with Prejudice (Doc. 7), which the Court construes as a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  The defendant has not served an answer or motion for summary judgment in this case. Because the plaintiff has the absolute right to dismiss this case at the present time, the Court finds this action is **DISMISSED** with prejudice and **DIRECTS** the Clerk of Court to close this case.

DATED: March 21, 2017

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE